United States District Court
Southern District of Texas
**ENTERED**
October 23, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HEATHER HAYS KING, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-14-2662 |
| § | |
| CAROLYN W. COLVIN, § | |
| ACTING COMMISSIONER OF THE § | |
| SOCIAL SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND RECOMMENDATION

Pending before the court is Plaintiff's Motion for Attorney's Fees (Doc. 16). The motion is unopposed.

On October 16, 2015, the court entered a final judgment reversing the decision of the Commissioner and remanding the action for further consideration. Plaintiff now seeks her attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. In the motion, Plaintiff seeks reimbursement for 11.5 hours at $185.75 per hour for time expended in 2014 and 24.85 hours at $186 per hour for time expended in 2015, for a total of $6,758.22.

It is therefore **RECOMMENDED** that Plaintiff's Motion for Attorney's Fees be **GRANTED** and that Plaintiff be awarded $6,758.22 under the Equal Access to Justice Act.

The Clerk shall send copies of this Memorandum and Recommendation to the respective parties who have fourteen days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order

2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk electronically. Copies of such objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** in Houston, Texas, this 23rd day of October, 2015.

_____
U.S. MAGISTRATE JUDGE